|   |   |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | E-filing |

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

Beatrice Hurt,

    Defendant(s).
_____/

SUMMONS IN A CIVIL ACTION

Case Number:

CV 08 3085 SLM

TO: (Name and Address of Defendant)

    Beatrice Hurt
    9955 B Street
    Oakland, CA 94603

YOU ARE HEREBY SUMMONED and required to file with the CLERK OF COURT, United States District Court, Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102, an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

You must also serve your answer upon

PLAINTIFF'S ATTORNEY, MICHAEL COSENTINO, State Bar No. 83253, Attorney at Law, P.O. Box 129, Alameda, CA 94501

(510) 523-4702

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

RICHARD W. WIEKING
CLERK

DATE

BY DEPUTY CLERK



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>Beatrice Hurt,<br><br>    Defendant(s). | SUMMONS IN A CIVIL ACTION<br><br>Case Number:<br><br>CV 08 3085 SLM |

TO: (Name and Address of Defendant)

    Beatrice Hurt
    9955 B Street
    Oakland, CA 94603

YOU ARE HEREBY SUMMONED and required to file with the CLERK OF COURT, United States District Court, Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102, an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

You must also serve your answer upon

PLAINTIFF'S ATTORNEY, MICHAEL COSENTINO, State Bar No. 83253, Attorney at Law, P.O. Box 129, Alameda, CA 94501

(510) 523-4702

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

RICHARD W. WIEKING                        7/1/08
CLERK                                              DATE

GINA AGUSTINE-RIVAS
BY DEPUTY CLERK

